IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FILE NO. 5:09MC06-RLV-DSC |
| | ) | (Financial Litigation Unit) |
| MARK S. SACK, D.C., | ) | |
| Defendant(s), | ) | |
| and | ) | |
| | ) | |
| LENOIR CHIROPRACTIC CENTER, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the Defendant, Mark S. Sack, is DISMISSED.

**SO ORDERED**.            Signed: January 26, 2011

_____
David S. Cayer
United States Magistrate Judge