IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CASE NO. DNCW509MC000006 |
| | ) | (Financial Litigation Unit) |
| MARK S. SACK, DC, | ) | |
|     Defendant(s), | ) | |
| and | ) | |
| | ) | |
| HEALTH NETWORK SOLUTIONS, INC., | ) | |
|     Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against Defendant, Mark S. Sack, DC, on December 2, 2009, in the amount of $156,393.70. Subsequently, the United States sought to garnish Sack's wages. On February 24, 2011, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, Health Network Solutions, Inc.. ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Sack's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The garnishee filed an Answer on March 1, 2011, stating that at the time of the service of the Writ, the garnishee anticipates owing the judgment debtor in the future.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $156,911.00 computed through February 23, 2011. The garnishee will pay the United States up to 25% of Sack's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and the garnishee will continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Sack or until further order of this Court.

Payments should be made payable to the United States Department of Justice and mailed to U. S. Department of Justice, Nationwide Central Intake Facility, P. O. Box 790363, St. Louis, MO 63179-0363. In order to ensure that each payment is credited properly, the following should be included on each check: DNCW509MC000006.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.  Signed: March 29, 2011

David S. Cayer
United States Magistrate Judge